# Exhibit A

| Date | Transaction Amount (USD) | Beneficiary Name |
|---|---|---|
| 09/10/2019 | 750,000.00 | China New Building Group Overseas Invesment Ltd |
| 09/17/2019 | 1,200,000.00 | Nssp (Hong Kong) Ltd |
| 09/28/2019 | 56,000.00 | Wannaphon Damkhonburi |
| 09/30/2019 | 100,000.00 | Akm Sejati Enterprise |
| 09/30/2019 | 350,000.00 | Legasi Progresif Sdn Bhd |
| 09/30/2019 | 400,000.00 | Legasi Progresif Sdn Bhd |
| 10/02/2019 | 250,000.00 | Efan Trading Co Ltd |
| 10/02/2019 | 250,000.00 | Hongkong Oriental Union Ltd |
| 10/02/2019 | 500,000.00 | Chao Feng Chu |
| 10/02/2019 | 350,000.00 | Rhf Marketing Sdn Bhd |
| 10/02/2019 | 250,000.00 | Linyi Hemiao Int Trade |
| 10/02/2019 | 1,000,000.00 | Edna Hongkong Co Ltd |
| 10/02/2019 | 56,000.00 | Jeil Machinery Enterprise |
| 10/02/2019 | 400,000.00 | Hefan Trade Ltd |
| 10/03/2019 | 150,000.00 | Vv Closet Resources |
| 10/03/2019 | 150,000.00 | Jasa Cipta Rembaka Resources |
| 10/03/2019 | 1,260,000.00 | Nakeha Ltd |
| 10/03/2019 | 1,300,000.00 | Sun Wai Lok Hk Int |
| 10/07/2019 | 250,000.00 | Greater House Tech Services Llc |
| 10/07/2019 | 900,000.00 | Ilab Factory Co Ltd |
| 10/07/2019 | 800,000.00 | Ilab Factory Co Ltd |
| 10/07/2019 | 70,000.00 | Akm Sejati Enterprise |
| 10/07/2019 | 80,000.00 | Jeil Machinery Enterprise |
| 10/07/2019 | 250,000.00 | Greater House Tech Services Llc |
| 10/07/2019 | 1,800,000.00 | Nakeha Ltd |
| 10/07/2019 | 100,000.00 | Dekwa Furniture Global |
| 10/07/2019 | 100,000.00 | Zainoor Global Services |
| 10/07/2019 | 150,000.00 | Fsd City Center Sdn Bhd |
| 10/09/2019 | 200,000.00 | Liew Stainless Steel Construction Works |
| 10/09/2019 | 100,000.00 | Jeil Machinery Enterprise |
| 10/10/2019 | 100,000.00 | Zainoor Global Services |
| 10/10/2019 | 100,000.00 | Dekwa Furniture Global |
| 10/15/2019 | 200,000.00 | Eastern Hardware Global Resources |
| 10/15/2019 | 200,000.00 | Fivestar Vision Resources |

# Exhibit A

| Date | Transaction Amount (USD) | Beneficiary Name |
|---|---|---|
| 10/15/2019 | 200,000.00 | Jsn Tools Resources |
| 10/15/2019 | 200,000.00 | Marnix Re Services |
| 10/15/2019 | 150,000.00 | Omega Asset Management |
| 10/15/2019 | 1,560,000.00 | Rivosa Ltd |
| 10/15/2019 | 1,560,000.00 | Idrisco Private Ltd |
| 10/16/2019 | 80,000.00 | Jeil Machinery Enterprise |
| 10/16/2019 | 99,000.00 | Al Zaafaran Trading Sdn Bhd |
| 10/16/2019 | 100,000.00 | Pt Borneo Prima Coal |
| 10/16/2019 | 500,000.00 | Drifa Private Ltd |
| 10/17/2019 | 100,000.00 | Zainoor Global Services |
| 10/17/2019 | 150,000.00 | Coolibree Gmbh Enterprise |
| 10/17/2019 | 150,000.00 | Pt Ansuransi Jasa Enterprise |
| 10/17/2019 | 100,000.00 | Dekwa Furniture Global |
| 10/17/2019 | 151,000.00 | M&J Global Resources |
| 10/21/2019 | 560,000.00 | Tonga Development Bank |
| 10/22/2019 | 850,000.00 | Guangdong Bainuo Supply Co Ltd |
| 10/22/2019 | 1,000,000.00 | Foshan Gaoming Hengrui Export |
| 10/22/2019 | 500,000.00 | Idrisco Private Ltd |
| 10/22/2019 | 500,000.00 | Drifa Private Ltd |
| 10/23/2019 | 100,000.00 | Amen Ogbebor |
| 10/29/2019 | 1,250,000.00 | Guangzhou Wendy Hair Products |
| 10/29/2019 | 1,250,000.00 | Aslan Int Private Ltd |
| 10/29/2019 | 1,500,000.00 | Idrisco Private Ltd |
| 10/29/2019 | 1,250,000.00 | Al Loaloa Al Baydaa Electronic Llc |
| 10/29/2019 | 1,250,000.00 | Citgo Oil Trading Llc |
| 10/29/2019 | 1,800,000.00 | Drifa Private Ltd |
| 10/29/2019 | 1,800,000.00 | Idrisco Private Ltd |
| 10/31/2019 | 1,800,000.00 | Excellence Agro Resources Sdn Bhd |
| 10/31/2019 | 2,000,000.00 | Excellence Agro Resources Sdn Bhd |
| 10/31/2019 | 1,200,000.00 | One Concept Holding Sdn Bhd |
| 10/31/2019 | 1,300,000.00 | One Concept Holding Sdn Bhd |
| 11/01/2019 | 250,000.00 | Fsg Spor Giyim Sanayi Ve Dis |
| 11/01/2019 | 100,000.00 | Eveline Rahmat |
| 11/01/2019 | 250,000.00 | Arif Odunkiran |

## Exhibit A

| Date | Transaction Amount (USD) | Beneficiary Name |
|---|---|---|
| 11/01/2019 | 250,000.00 | Batuhan Bal |
| 11/01/2019 | 250,000.00 | Kalbe Tekstil Dis Ticaret Sanayi |
| 11/01/2019 | 250,000.00 | Rml Mobilya Ithalat Ihracat Dis |
| 11/01/2019 | 800,000.00 | Ilab Factory Co Ltd |
| 11/01/2019 | 800,000.00 | Ilab Factory Co Ltd |
| 11/01/2019 | 800,000.00 | Ilab Factory Co Ltd |
| 11/04/2019 | 1,800,000.00 | Pt Bank Muamalat Indonesia Tbk |
| 11/04/2019 | 1,900,000.00 | Pt Bank Muamalat Indonesia Tbk |
| 11/04/2019 | 2,000,000.00 | Pt Bank Muamalat Indonesia Tbk |
| 11/04/2019 | 2,100,000.00 | Pt Bank Muamalat Indonesia Tbk |
| 11/04/2019 | 2,200,000.00 | Pt Bank Muamalat Indonesia Tbk |
| 11/07/2019 | 1,000,000.00 | Wealthy Creation Asia Private Ltd |
| 11/07/2019 | 1,000,000.00 | Aslan Int Private Ltd |
| 11/07/2019 | 1,000,000.00 | Stenheim Private Ltd |
| 11/07/2019 | 1,500,000.00 | Aslan Int Private Ltd |
| 11/07/2019 | 1,500,000.00 | Stenheim Private Ltd |
| 11/07/2019 | 1,500,000.00 | Wealthy Creation Asia Private Ltd |
| 11/08/2019 | 2,000,000.00 | Drifa Private Ltd |
| 11/08/2019 | 2,000,000.00 | Idrisco Private Ltd |
| 11/08/2019 | 2,000,000.00 | Idrisco Private Ltd |
| 11/08/2019 | 1,900,000.00 | Phima Private Ltd |
| 11/08/2019 | 2,100,000.00 | Phima Private Ltd |
| 11/12/2019 | 1,000,000.00 | Al Loaloa Al Baydaa Electronic Llc |
| 11/12/2019 | 2,000,000.00 | 24K Group Ltd |
| 11/12/2019 | 2,000,000.00 | Pak Way Link Trading Dmcc |
| 11/12/2019 | 1,500,000.00 | Pt Putra Perkasa Jaya |
| 11/13/2019 | 1,000,000.00 | Idrisco Private Ltd |
| 11/13/2019 | 1,500,000.00 | Phima Private Ltd |
| 11/13/2019 | 1,000,000.00 | Idrisco Private Ltd |
| 11/13/2019 | 1,500,000.00 | Kveta T And C Doo |
| 11/13/2019 | 1,500,000.00 | Drifa Private Ltd |
| 11/14/2019 | 300,000.00 | Eveline Rahmat |
| 11/14/2019 | 1,000,000.00 | Al Loaloa Al Baydaa Electronic Llc |
| 11/14/2019 | 1,000,000.00 | Ouligao Trading Co Ltd |

# Exhibit A

| Date | Transaction Amount (USD) | Beneficiary Name |
|---|---|---|
| 11/14/2019 | 1,500,000.00 | Ouligao Trading Co Ltd |
| 11/14/2019 | 1,000,000.00 | Al Saaha Almzdawajah Electronic Llc |
| 11/14/2019 | 2,000,000.00 | Grid Global Commercial Brokerage Llc |
| 11/14/2019 | 1,500,000.00 | Godstime Excel |
| 11/15/2019 | 2,000,000.00 | Bv Euro Services Co Ltd |
| 11/15/2019 | 250,000.00 | Vincent Chua Hock Seng |
| 11/15/2019 | 249,000.00 | Myride Auto Inc |
| 11/19/2019 | 2,000,000.00 | Idrisco Private Ltd |
| 11/19/2019 | 2,000,000.00 | Idrisco Private Ltd |
| 11/19/2019 | 2,000,000.00 | Drifa Private Ltd |
| 11/19/2019 | 2,000,000.00 | Phima Private Ltd |
| 11/19/2019 | 2,000,000.00 | Phima Private Ltd |
| 11/19/2019 | 500,000.00 | Vincent Chua Hock Seng |
| 11/19/2019 | 2,000,000.00 | Bakkali Ltd |
| 11/19/2019 | 300,000.00 | Eveline Rahmat |
| 11/19/2019 | 350,000.00 | Kitti Yimplysin |
| 11/22/2019 | 2,000,000.00 | Idrisco Private Ltd |
| 11/22/2019 | 2,000,000.00 | Idrisco Private Ltd |
| 11/22/2019 | 2,000,000.00 | Drifa Private Ltd |
| 11/22/2019 | 2,000,000.00 | Phima Private Ltd |
| 11/22/2019 | 2,000,000.00 | Phima Private Ltd |
| 11/26/2019 | 400,000.00 | Eveline Rahmat |
| 11/27/2019 | 1,000,000.00 | Mr Trade Co Ltd |
| 11/27/2019 | 1,000,000.00 | Pj Import And Export Co Ltd |
| 11/27/2019 | 1,000,000.00 | Najmat Al Zain Aluminium & Glass Contracting Llc |
| 11/28/2019 | 850,000.00 | Fiberex Private Ltd |
| 11/28/2019 | 2,000,000.00 | Ruichida Trading Co Ltd |
| 11/28/2019 | 2,000,000.00 | Yirui (Hong Kong) Trading Co Ltd |
| 11/28/2019 | 1,300,000.00 | Aslan Int Private Ltd |
| 11/28/2019 | 2,000,000.00 | Cromax Ltd |
| 11/28/2019 | 2,000,000.00 | Zythos Ltd |
| 11/28/2019 | 350,000.00 | Kitti Yimplysin |
| 11/28/2019 | 350,000.00 | Amaco Int Co Ltd |
| 11/29/2019 | 2,000,000.00 | Yirui (Hong Kong) Trading Co Ltd |

**Exhibit A**

| Date | Transaction Amount (USD) | Beneficiary Name |
|---|---|---|
| 11/29/2019 | 500,000.00 | Edison P Buisa |
| 11/29/2019 | 500,000.00 | Edison P Buisa |
| 12/01/2019 | 400,000.00 | United Star Industrial Group Ltd |
| 12/02/2019 | 1,400,000.00 | Hong Kong Chen Yun Trading Co Ltd |
| 12/02/2019 | 1,600,000.00 | Hong Kong Bangcheng Trading Ltd |
| 12/02/2019 | 2,000,000.00 | Hong Kong Bangcheng Trading Ltd |
| 12/02/2019 | 2,000,000.00 | Idrisco Private Ltd |
| 12/02/2019 | 2,000,000.00 | Idrisco Private Ltd |
| 12/02/2019 | 1,600,000.00 | Ehb Services Ltd |
| 12/02/2019 | 2,000,000.00 | Drifa Private Ltd |
| 12/02/2019 | 2,000,000.00 | Phima Private Ltd |
| 12/02/2019 | 2,000,000.00 | Phima Private Ltd |
| 12/02/2019 | 1,600,000.00 | Hong Kong Chen Yun Trading Co Ltd |
| 12/02/2019 | 1,600,000.00 | Hong Kong Chen Yun Trading Co Ltd |
| 12/02/2019 | 2,000,000.00 | Hong Kong Chen Yun Trading Co Ltd |
| 12/02/2019 | 1,400,000.00 | Stenheim Private Ltd |
| 12/02/2019 | 1,600,000.00 | B And L Legal Consultancy |
| 12/02/2019 | 1,400,000.00 | Hong Kong Bangcheng Trading Ltd |
| 12/02/2019 | 1,400,000.00 | B And L Legal Consultancy |
| 12/02/2019 | 2,000,000.00 | B And L Legal Consultancy |
| 12/02/2019 | 1,400,000.00 | Ehb Services Ltd |
| 12/02/2019 | 2,000,000.00 | Ehb Services Ltd |
| 12/02/2019 | 350,000.00 | Maskhao Coffee Roost Ltd |
| 12/03/2019 | 2,000,000.00 | Stenheim Private Ltd |
| 12/03/2019 | 350,000.00 | Lee Chee Wee |
| 12/03/2019 | 250,000.00 | Mdeme Eyengue Letricia Marie Louise |
| 12/03/2019 | 250,000.00 | Kiyo Shigenami |
| 12/03/2019 | 250,000.00 | Charity Njabili |
| 12/03/2019 | 250,000.00 | Charity Njabili |
| 12/03/2019 | 250,000.00 | Emmanuel C Idoko |
| 12/03/2019 | 250,000.00 | Rana Muhammad Babar Muhammad Akhtar |
| 12/03/2019 | 500,000.00 | Rana Muhammad Babar Muhammad Akhtar |
| 12/03/2019 | 1,400,000.00 | Hong Kong Chen Yun Trading Co Ltd |
| 12/03/2019 | 2,000,000.00 | Hong Kong Chen Yun Trading Co Ltd |

# Exhibit A

| Date | Transaction Amount (USD) | Beneficiary Name |
|---|---|---|
| 12/03/2019 | 1,500,000.00 | Aslan Int Private Ltd |
| 12/03/2019 | 1,600,000.00 | Aslan Int Private Ltd |
| 12/03/2019 | 1,900,000.00 | Aslan Int Private Ltd |
| 12/03/2019 | 1,600,000.00 | Stenheim Private Ltd |
| 12/03/2019 | 1,500,000.00 | Sumec Machinery And Electric |
| 12/03/2019 | 1,700,000.00 | Sumec Machinery And Electric |
| 12/03/2019 | 1,800,000.00 | Sumec Machinery And Electric |
| 12/03/2019 | 250,000.00 | Tangu Victory |
| 12/03/2019 | 350,000.00 | Thanawat Service & Travel Co Ltd |
| 12/03/2019 | 350,000.00 | Kitti Yimplysin |
| 12/03/2019 | 2,000,000.00 | Dortex Private Ltd |
| 12/03/2019 | 1,800,000.00 | Dortex Private Ltd |
| 12/03/2019 | 1,900,000.00 | Dortex Private Ltd |
| 12/03/2019 | 2,100,000.00 | Dortex Private Ltd |
| 12/03/2019 | 2,200,000.00 | Dortex Private Ltd |
| 12/04/2019 | 360,000.00 | Chao Feng Chu |
| 12/04/2019 | 1,400,000.00 | Hk Juli Int Trading Ltd |
| 12/04/2019 | 2,000,000.00 | Talidi Private Ltd |
| 12/04/2019 | 350,000.00 | Chao Feng Chu |
| 12/04/2019 | 1,600,000.00 | Yirui (Hong Kong) Trading Co Ltd |
| 12/04/2019 | 2,000,000.00 | Idrisco Private Ltd |
| 12/04/2019 | 1,600,000.00 | Hk Juli Int Trading Ltd |
| 12/04/2019 | 1,400,000.00 | Yirui (Hong Kong) Trading Co Ltd |
| 12/04/2019 | 1,250,000.00 | Vina Global Link Ltd |
| 12/04/2019 | 840,000.00 | Godstime Excel |
| 12/04/2019 | 850,000.00 | Ilab Factory Co Ltd |
| 12/04/2019 | 2,000,000.00 | Phima Private Ltd |
| 12/04/2019 | 2,000,000.00 | Idrisco Private Ltd |
| 12/04/2019 | 2,000,000.00 | Hk Juli Int Trading Ltd |
| 12/04/2019 | 900,000.00 | Ilab Factory Co Ltd |
| 12/04/2019 | 2,000,000.00 | Drifa Private Ltd |
| 12/04/2019 | 2,000,000.00 | Phima Private Ltd |
| 12/04/2019 | 2,000,000.00 | Yirui (Hong Kong) Trading Co Ltd |
| 12/04/2019 | 1,400,000.00 | Phima Private Ltd |

**Exhibit A**

| Date | Transaction Amount (USD) | Beneficiary Name |
|---|---|---|
| 12/04/2019 | 1,600,000.00 | Phima Private Ltd |
| 12/04/2019 | 2,000,000.00 | Trust Logistics Ltd |
| 12/04/2019 | 2,000,000.00 | Trust Logistics Ltd |
| 12/04/2019 | 1,000,000.00 | Phima Private Ltd |
| 12/04/2019 | 2,000,000.00 | Phima Private Ltd |
| 12/04/2019 | 1,000,000.00 | Talidi Private Ltd |
| 12/04/2019 | 2,000,000.00 | Talidi Private Ltd |
| 12/04/2019 | 1,000,000.00 | Idrisco Private Ltd |
| 12/04/2019 | 1,000,000.00 | Idrisco Private Ltd |
| 12/04/2019 | 1,000,000.00 | Drifa Private Ltd |
| 12/04/2019 | 2,000,000.00 | Drifa Private Ltd |
| 12/04/2019 | 2,000,000.00 | Idrisco Private Ltd |
| 12/04/2019 | 2,000,000.00 | Idrisco Private Ltd |
| 12/06/2019 | 500,000.00 | Eveline Rahmat |
| 12/08/2019 | 500,000.00 | Hong Kong Wanyigou Trade Ltd |
| 12/08/2019 | 500,000.00 | Checkov Intelcom Inc |
| 12/08/2019 | 500,000.00 | Lansi Trading Co Ltd |
| 12/09/2019 | 580,000.00 | Compass Picture Private Ltd |
| 12/09/2019 | 480,000.00 | Wu Lihua |
| 12/09/2019 | 480,000.00 | Zhang Haijun |
| 12/09/2019 | 850,000.00 | Ilab Factory Co Ltd |
| 12/10/2019 | 800,000.00 | Lau Hiu Chun |
| 12/10/2019 | 500,000.00 | Yulia Enterprise Co Ltd |
| 12/11/2019 | 2,000,000.00 | Idrisco Private Ltd |
| 12/11/2019 | 2,000,000.00 | Idrisco Private Ltd |
| 12/11/2019 | 2,000,000.00 | Drifa Private Ltd |
| 12/11/2019 | 2,000,000.00 | Phima Private Ltd |
| 12/11/2019 | 2,000,000.00 | Phima Private Ltd |
| 12/11/2019 | 2,000,000.00 | Talidi Private Ltd |
| 12/11/2019 | 1,000,000.00 | Phima Private Ltd |
| 12/11/2019 | 1,000,000.00 | Idrisco Private Ltd |
| 12/11/2019 | 1,000,000.00 | Idrisco Private Ltd |
| 12/11/2019 | 1,000,000.00 | Drifa Private Ltd |
| 12/11/2019 | 1,000,000.00 | Phima Private Ltd |

**Exhibit A**

| Date | Transaction Amount (USD) | Beneficiary Name |
|---|---|---|
| 12/11/2019 | 1,000,000.00 | Talidi Private Ltd |
| 12/11/2019 | 250,000.00 | Ningbo Wanhe Import & Export |
| 12/11/2019 | 250,000.00 | Dazhan Camping Stove Co Ltd |
| 12/11/2019 | 250,000.00 | Dazhan Camping Stove Co Ltd |
| 12/12/2019 | 480,000.00 | Chao Feng Chu |