UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESSILOR INTERNATIONAL SAS and ESSILOR MANUFACTURING (THAILAND) CO., LTD.,<br><br>                    Plaintiffs,<br><br>     v.<br><br>J.P. MORGAN CHASE BANK, N.A.,<br><br>                    Defendant. | Case No. 1:22-cv-03361<br>**ORAL ARGUMENT REQUESTED** |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant JPMorgan Chase Bank, N.A. ("JPMC") respectfully moves this Court for an order dismissing the complaint (Dkt. No. 1) of Plaintiffs Essilor International SAS and Essilor Manufacturing (Thailand) Co., Ltd., and for such other and further relief as the Court deems just, necessary, and proper.

The grounds for this motion are based on the Memorandum of Law in Support of JPMC's Motion to Dismiss, the supporting Declaration of Dragana Kosanovic and exhibits thereto, the supporting Declaration of Siriwan Premplumjit and exhibits thereto, all papers and pleadings from this case on file with the Court, all other matters of which the Court may take judicial notice, any further evidence or argument offered to the Court at the hearing on this motion, and any other matters that the Court may consider.

Dated:  July 15, 2022                          Respectfully Submitted,

                                               <u>/s/ Alan E. Schoenfeld</u>
                                               Alan E. Schoenfeld
                                               WILMER CUTLER PICKERING
                                                  HALE AND DORR LLP
                                               7 World Center
                                               250 Greenwich Street
                                               New York, NY 10007
                                               (212) 937-7294 (t)
                                               (212) 230-8888 (f)
                                               alan.schoenfeld@wilmerhale.com

                                               Margarita M. Botero
                                               WILMER CUTLER PICKERING
                                                  HALE AND DORR LLP
                                               1225 Seventeenth St.
                                               Suite 2600
                                               Denver, CO 80202
                                               (720) 274-3130 (t)
                                               (720) 274-3133 (f)
                                               margarita.botero@wilmerhale.com