UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
ESSILOR INTERNATIONAL SAS and :
ESSILOR MANUFACTURING (THAILAND) CO., :
LTD., :
:
                       Plaintiffs, :      22-cv-3361 (LJL)
:
         -v- :      OPINION AND ORDER
:
J.P. MORGAN CHASE BANK, N.A., :
:
                       Defendant. :
:
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The defendant shall produce 70-2, 70-6 and 70-8 with attachments to the court for *in camera* review. The documents shall be filed under seal with access limited to the court and to the defendant.

      SO ORDERED.

Date: November 15, 2023

                                                         LEWIS J. LIMAN
                                                         United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2023