UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
ESSILOR INTERNATIONAL SAS and :
ESSILOR MANUFACTURING (THAILAND) CO., :
LTD., :
:
               Plaintiffs, :     22-cv-03361 (LJL)
:
     -v- :     ORDER
:
J.P. MORGAN CHASE BANK, N.A., :
:
               Defendant. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The motion for reconsideration is granted in part and denied in part. The Court has reviewed *in camera* the document at Dkt. No. 70-2. The following material does not contain information that is privileged and should not be redacted:

- Dkt. No. 70-2 at 9 (11/4/16 email sent at 10:33 AM)
- Dkt. No. 70-2 at 9 (11/4/16 email sent at 14:30)
- Dkt. No. 70-2 at 10 (11/4/16 email sent at 11:01)
- Dkt. No. 70-2 at 10 (11/1/16 email sent at 5:43 PM)
- Dkt. No. 70-2 at 11 (11/3/16 email sent at 5:27 PM)
- Dkt. No. 70-2 at 11 (11/2/16 email sent at 5:40)
- Dkt. No. 70-2 at 12 (10/21/16 email sent at 15:03)
- Dkt. No. 70-2 at 14 (10/7/16 email sent at 3:13 PM)
- Dkt. No. 70-2 at 14 (10/6/16 email sent at 3:55 PM)

The remainder of the redactions pertain to privileged information and are appropriate.

    SO ORDERED.
    Date: November 28, 2023

                                                          LEWIS J. LIMAN
                                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/28/2023