# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESSILOR MANUFACTURING (THAILAND) CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> J.P. MORGAN CHASE BANK, N.A., | Case No. 1:22-cv-03361 <br><br> **ORDER GRANTING LETTER MOTION FOR ISSUANCE OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE UNDER CHAPTER 1 OF THE HAGUE CONVENTION** |

THIS MATTER having come before the Court on the letter motion of Defendant JPMorgan Chase Bank, N.A. ("JPMC") for Issuance of Request for International Judicial Assistance under Chapter 1 of the Hague Convention (Dkt. 111 ),

IT IS ORDERED:

1. That the Request for International Judicial Assistance in the Authorization of a Commissioner Pursuant to Chapter I, of the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters in France from Essilor International SAS and EssilorLuxottica SA, attached to this Order as Exhibit 1 (the "Request"), is hereby issued at the Court's request and is incorporated herein;

2. That counsel for JPMC file this signed Order and the Request, along with translations of both documents, with the Ministère Public, Route de Chancy 6b, 1211 Genève 3, Switzerland within ten (10) business days of the entry of this Order.

Dated: April 18, 2024

SO ORDERED.

LEWIS J. LIMAN
United States District Judge