UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESSILOR MANUFACTURING (THAILAND) CO., LTD.,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>J.P. MORGAN CHASE BANK, N.A., | Case No. 1:22-cv-03361<br><br>**ORDER GRANTING LETTER MOTION FOR ISSUANCE OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE UNDER CHAPTER 1 OF THE HAGUE CONVENTION** |

THIS MATTER having come before the Court on the letter motion of Defendant JPMorgan Chase Bank, N.A. ("JPMC") for Issuance of Request for International Judicial Assistance under Chapter 1 of the Hague Convention (Dkt. _ _ _ ),

IT IS ORDERED:

1. That the Request for International Judicial Assistance in the Authorization of a Commissioner Pursuant to Chapter I, of the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters in France from Essilor International SAS and EssilorLuxottica SA, attached to this Order as Exhibit 1 (the "Request"), is hereby issued at the Court's request and are incorporated herein;

2. That counsel for JPMC file this signed Order and the Request, along with French translations of both documents, with the Ministère de la Justice, Direction des Affaires Civiles et du Sceau, Bureau de l'Entraide Civile et Commerciale Internationale (D3), 13, Place Vendôme, 75042 Paris Cedex 01, within ten (10) business days of the entry of this Order.

Dated: April 22, 2024

SO ORDERED.

_____
LEWIS J. LIMAN
United States District Judge