# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESSILOR MANUFACTURING (THAILAND) CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>J.P. MORGAN CHASE BANK, N.A.,<br><br>Defendant. | Case No. 1:22-cv-03361<br><br>[PROPOSED] ORDER GRANTING JOINT LETTER MOTION TO APPOINT COMMISSIONER FOR REMOTE DEPOSITION AND FOR ISSUANCE OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE UNDER ARTICLE 17 OF THE HAGUE CONVENTION |

THIS MATTER having come before the Court on the joint letter motion of Plaintiff Essilor Manufacturing (Thailand) Co., Ltd. ("EMTC") and Defendant JPMorgan Chase Bank, N.A. ("JPMC") to Appoint Commissioner for Remote Deposition and for Issuance of Requests for International Judicial Assistance under Article 17 of the Hague Convention (Dkt. 133),

IT IS ORDERED:

1. That pursuant to Article 17 of the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters of March 18, 1970 (the "Hague Evidence Convention"), Alexander Blumrosen, whose address is 4, Avenue Hoche, 75008 Paris, France (the "Commissioner") is hereby duly appointed, pending the approval of the French Ministère de la Justice, as a commissioner to facilitate and oversee the taking of the remote deposition of Francois Benzakki, located in France, in accordance with Chapter II, Article 17 of the Hague Evidence Convention;

2. That the Request for International Judicial Assistance in the Authorization of a Commissioner Pursuant to Chapter II, Article 17 of the Hague Convention on the Taking of

Evidence Abroad in Civil or Commercial Matters in France from Essilor International SAS and JPMorgan Chase Bank, N.A., attached to this Order as Exhibit 1 is hereby issued as the Court's request and are incorporated herein;

3. That counsel for the Parties file, or request the Commissioner to file, this signed Order and the Request, along with French translations of both documents, with the Ministère de la Justice, Direction des Affaires Civiles et du Sceau, Département de l'entraide, du droit international privé et européen (DEDIPE), 13, Place Vendôme, 75042 Paris Cedex 01, within ten (10) business days of the entry of this Order.

Dated: 5/6/2024

Hon. Lewis J. Liman
District Judge
United States District Court for the Southern District of New York