```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    5/9/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
ESSILOR INTERNATIONAL SAS, et al.,                :
:
                Plaintiffs,                       :
:    22-cv-3361 (LJL)
      -v-                                                           :
:    ORDER
JPMORGAN CHASE BANK, N.A.,                      :
:
                Defendant.                      :
:
-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Defendant requests an order unsealing the information at Dkt. No. 130.  *See* Dkt. No. 136.  Plaintiffs do not seek continued sealing of the material.  *Id.*  Accordingly, the request is GRANTED.

      The Clerk of Court is respectfully directed to unseal Dkt. Nos. 131, 131-5, 131-6, 132, 132-5, and 132-6.

      SO ORDERED.

Dated: May 9, 2024
       New York, New York                    _____
                                                                 LEWIS J. LIMAN
                                                             United States District Judge