```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
ESSILOR INTERNATIONAL SAS, et al.,                               :
                                                                 :
                                Plaintiffs,                      :
                                                                 :        22-cv-3361 (LJL)
        -v-                                                      :
                                                                 :              ORDER
JPMORGAN CHASE BANK, N.A.,                                       :
                                                                 :
                                Defendant.                       :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

Defendant requests an order unsealing the information at Dkt. Nos. 145-3, 145-4, 145-5, and 145-6.  *See* Dkt. No. 154.  Plaintiffs do not seek continued sealing of the material.  *Id.*  Accordingly, the request is GRANTED.

The Clerk of Court is respectfully directed to unseal 145-3, 145-4, 145-5, and 145-6.

SO ORDERED.

Dated: May 31, 2024
       New York, New York                    _____
                                                   LEWIS J. LIMAN
                                                   United States District Judge