UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__10/04/24__
```

----------------------------------------------------------------------X
                              :

ESSILOR INTERNATIONAL SAS et al.,      :

                Plaintiffs,      :

                              :             22-cv-3361 (LJL)

        -v-                   :

                              :               ORDER

J.P. MORGAN CHASE BANK, N.A.,       :

                              :

               Defendant.      :

                              :
----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The status conference currently scheduled for October 17, 2024 at 2:00 p.m., *see* Dkt. No. 168, is hereby rescheduled to October 8, 2024 at 2:00 p.m. in Courtroom 15C, 500 Pearl Street, New York, NY 10007.

      SO ORDERED.

Dated: October 4, 2024
      New York, New York                    LEWIS J. LIMAN
                                        United States District Judge