```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/18/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
Essilor International SAS et al,                                  :
:
Plaintiff,                                  :
:                    22-cv-3361 (LJL)
-v-                                 :
:                       ORDER
J.P. Morgan Chase Bank, N.A.,                                     :
:
Defendants.                                 :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The docket in this case reflects the following motions to seal that appear to be outstanding:

| Dkt. No. | Substance | Filing Party |
|---|---|---|
| 110 | LETTER MOTION to Seal *JPMC's Letter Motion on French Compulsory Deposition and Certain Documents and Information Attached as Exhibits* dated April 10, 2024. | JPM |
| 143 | LETTER MOTION to Seal *Response to EMTC's Motion to Compel and Certain Exhibits* dated May 17, 2024. | JPM |
| 148 | LETTER MOTION to Seal *Plaintiff's Reply in Support of its Motion to Compel* dated May 20, 2024. | EMTC |
| 152 | LETTER MOTION to Seal *re Essilor Manufacturing (Thailand) Co.s Motion to Compel and Reply* dated May 22, 2024. | JPM |
| 157 | LETTER MOTION to Seal *Motion to Compel* dated June 5, 2024. | JPM |
| 182 | LETTER MOTION to Seal *Exhibits (Renewed)* dated August 26, 2024. | JPM |
| 184 | LETTER MOTION to Seal *Memorandum of Law in Support of its Motion to Strike Plaintiff Essilor Manufacturing (Thailand) Co.'s Jury Demand, and Certain Documents and Information Attached as Exhibits* dated September 6, 2024. | JPM |

The moving party with respect to each of the foregoing motions is directed to review each of the motions enumerated in the table and to inform the Court, by letter filed on ECF no later than October 25, 2024, whether the motion still requires judicial action or whether the request has been resolved either by prior Court order or by subsequent public filing of the document to be sealed.

SO ORDERED.

Dated: October 18, 2024
New York, New York

                                            LEWIS J. LIMAN
                                    United States District Judge