```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
Essilor International SAS et al,                                 :
                                                                 :
                            Plaintiff,                           :
                                                                 :         22-cv-3361 (LJL)
           -v-                                                   :
                                                                 :            ORDER
J.P. Morgan Chase Bank, N.A.,                                    :
                                                                 :
                            Defendants.                          :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

On October 18, 2024, the Court ordered Essilor Manufacturing (Thailand) Co., Ltd. ("Plaintiff") and J.P. Morgan Chase Bank, N.A. ("Defendant") to advise the Court of the status of the pending motions in the table attached to that Order. Dkt. No. 199. Having reviewed the Parties' submissions at Dkt. No. 202 and 203, the Court resolves the outstanding motions as follows.

With the consent of both Parties, the motions to seal filed by Defendants at Dkt. Nos. 110, 157 and 184 are ordered terminated and the Court directs that that following documents previously filed under seal at the following docket entries be unsealed: Dkt. Nos. 111, 159, and 187.

Plaintiff's motion to seal at Dkt. No. 148 is granted in part and denied in part. The motion is denied with respect to the document at Dkt. No. 149-1 and that document shall be publicly filed. The motion is otherwise granted.

The motion to seal filed by Defendant at Dkt. No. 143 is granted in part and denied in part. The motion is denied with respect to the document at Dkt. No. 145-1. The parties have not provided a basis for the redaction of the correspondence in its entirety. In addition, the motion is

denied with respect to Dkt. Nos. 145-3, 145-4, 145-5, and 145-6; those documents shall be publicly filed by Defendant. The motion is otherwise granted. Defendant shall file a renewed motion to seal with respect to Dkt. No. 145-1 within one week of today, highlighting those portions of the document that are confidential and indicating those portions which may be publicly filed without competitive harm. The document shall remain under seal pending further order of the Court. In the absence of a timely filed renewed motion, the document at Dkt. No. 145-1 will be unsealed.

Defendant's motion at Dkt. No. 152 is denied without prejudice to renewal. The motion appears to address documents addressed in certain of the foregoing orders or those that the Court already has entered. To the extent that there are any remaining documents for which JPMC seeks leave to file under seal, JPMC may make a renewed motion by one week from today, indicating those filings referenced in Dkt. No. 152 that have not already been addressed by prior order of the Court.

The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 110, 148, 152, 157, 184.

SO ORDERED.

Dated: November 4, 2024
New York, New York

_____
LEWIS J. LIMAN
United States District Judge