```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
Essilor International SAS et al,                                 :
                                                                 :
                            Plaintiff,                           :
                                                                 :         22-cv-3361 (LJL)
        -v-                                                      :
                                                                 :             ORDER
J.P. Morgan Chase Bank, N.A.,                                    :
                                                                 :
                            Defendants.                          :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

Defendant's motion at Dkt. No. 209 is granted in part and denied in part. Defendant may file the document as redacted at Dkt. No. 210-1. The document at issue is a judicial document, the weight of the presumption is lessened because it was submitted in connection with a discovery motion and the information would be of little value to those monitoring the federal courts, *see Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119 (2d Cir. 2006), and, while the redacted information is dated, it does appear to have some business sensitivity, *see CBF Industria de Gusa S/A v. AMCI Holdings, Inc.*, 2021 WL 4135007, at *4 (S.D.N.Y. Sept. 10, 2021).

The motion to seal the documents at Dkt. Nos. 141-1, 141-11, 142-1 and 142-11 is denied. The documents were filed on the public docket on May 15, 2024, and have therefore been accessible to the public for over six months. Moreover, the information contained in the letters is at a level of such generality (and is so dated) that it does not appear to be business sensitive.

The Clerk of Court is respectfully directed to close the motions at Dkt. No. 209.

SO ORDERED.

Dated: November 13, 2024
       New York, New York                   _____
                                                   LEWIS J. LIMAN
                                            United States District Judge